JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASHMIR SINGH, aka KASHMIR SINGH DHINDSA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services<br><br>Defendants. | CIVIL No. 06-F-1501 AWI SMS<br><br>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF, KASHMIR SINGH, AND ORDER<br><br>Rule 41(a)(1)<br><br>CIS No.: A 72698449 |

PLEASE TAKE NOTICE:

That PLAINTIFF, KASHMIR SINGH, has cleared the background name check and the only step remaining in the adjudication of his naturalization application is the oath ceremony.  Accordingly, plaintiff KASHMIR SINGH, is hereby dismissed, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: November 29, 2006             _____/s/ JAMES M. MAKASIAN_____
                                                         JAMES M. MAKASIAN
                                                         Attorney for Plaintiffs

**ORDER**

Rule 41(a)(1) of the Federal Rules of Civil Procedure, in relevant part, reads: "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs." Rule 41(a)(1)(ii) thus allows a party to dismiss an action voluntarily. Because Plaintiff has filed a Dismissal under Rule 41(a)(1), this case has terminated. See Fed. R. Civ. Pro. 41(a)(1).

Therefore, IT IS HEREBY ORDERED that the Clerk close this case in light of Plaintiff's filed and properly signed Rule 41(a)(1) Dismissal.

IT IS SO ORDERED.

**Dated:     December 1, 2006**          /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE